**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

SOLOMON W. ENDESHAW, Civil 01-1762 (JRT/FLN)

Plaintiff,

v. **ORDER OF REFERENCE**

JANET N. POSTON, and
KARAN JEAN KAMPA,

Defendants.

---

Solomon W. Endeshaw, 1005 Portland Avenue South, No. 110, Minneapolis, MN 55404, *Pro se* plaintiff.

Mark B. Levinger, OFFICE OF THE MINNESOTA ATTORNEY GENERAL, 445 Minnesota Street, Suite 1100, St. Paul, MN 55101-2128, for defendant Janet N. Poston.

Pursuant to the provisions of Title 28, United States Code, Section 636 (b) (1) (B), **IT IS HEREBY ORDERED** that defendant Janet N. Poston's motion to dismiss [Docket No. 2] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motion upon completion of a hearing. Counsel for defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motion.

DATED: Oct. 25, 2001
at Minneapolis, Minnesota

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

OCT 2
FILED
RICHARD D. SLETTEN, C
JUDGMENT ENTD
DEPUTY CLERK